UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JAMES SOSSAMAN**                                                                              **PLAINTIFF**

**V.**                                                    **CIVIL ACTION NO. 1:06CV572 LTS-RHW**

**TERRY MOSS and**
**ALLSTATE INSURANCE COMPANY**                                          **DEFENDANTS**

## ORDER GRANTING MOTION TO REMAND

In accordance with the Memorandum Opinion I have this day entered, it is

**ORDERED**

That the plaintiff's motion to remand [4] is hereby **GRANTED**;

That this action is hereby **REMANDED** to the Circuit Court of Jackson County, Mississippi;

That the Clerk of Court shall take the actions necessary to return this case to the court from which it was removed;

That the defendant's motion for an extension of time to file its response to the motion to remand [8] is hereby **GRANTED**.

**SO ORDERED** this 31st day of July, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge